IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.   CASE NO.: 4:07cr72-SPM

BOBBY ALBERT MCGEE,

    Defendant.
_____/

### ORDER SETTING DEADLINE FOR MOTION AND TRANSFER

This cause comes before the Court on the Court's own motion. Defendant has asked for an opportunity to resolve this case and a related case from the Western District of Tennessee by guilty plea, and to that end four continuances of trial have been granted. To date, however, Defendant has not filed an anticipated motion to dismiss, for which he intends to reserve his right to appeal. Nor does it appear that Defendant has returned the necessary paperwork to have related charges from the Western District of Tennessee transferred to this Court. Accordingly, it is

ORDERED AND ADJUDGED that Defendant shall have up to and including May 5, 2008, to file the motion to dismiss and to return the necessary paperwork for the Rule 20 transfer.

DONE AND ORDERED this 29th day of April, 2008.

                *s/ Stephan P. Mickle*
                Stephan P. Mickle
                United States District Judge