IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                   CASE NO.:   4:07cr72-SPM
                                                                              4:08cr34-SPM

BOBBY ALBERT MCGEE,

      Defendant.
_____/

## ORDER OF REFERENCE

The court has been informed that the defendant in the above styled cases wishes to enter a guilty plea and consents to having the guilty plea proceedings conducted by a United States Magistrate Judge.  Pursuant to the provisions of 28 U.S.C. § 636(b)(3) and Loc. R. 72.3, it is hereby

ORDERED that the above captioned criminal cases be referred to the Honorable William C. Sherrill, Jr., United States Magistrate Judge, to conduct all of the proceedings required by Rule 11 of the Federal Rules of Criminal Procedure incident to a guilty plea and to make a recommendation to the District Judge concerning acceptance or rejection of the guilty plea.

DONE AND ORDERED this 11th day of August, 2008.

                          *s/ Stephan P. Mickle*
                          Stephan P. Mickle
                          United States District Judge