IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                                    CASE NO.: 4:07cr72-SPM

BOBBY ALBERT MCGEE,

     Defendant.
_____/

## ORDER GRANTING MOTION TO SEAL

Upon consideration, the Motion for Leave of Court to File Pleading Under Seal (doc. 58) is granted.  The clerk shall seal document 57.

SO ORDERED this 3rd day of September, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge