IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO.:  4:07cr72-SPM

BOBBY MCGEE,

     Defendant.
_____/

## ORDER OF REFERENCE FOR APPOINTMENT OF COUNSEL

Defendant, Bobby McGee, has filed a Motion Requesting Appointment of Counsel (doc. 65) and a Motion to Proceed In Forma Pauperis (doc. 64). Pursuant to the provisions of 18 U.S.C. §3006A and Loc. R. 72.2(F)(6), it is hereby

ORDERED that the above captioned criminal cases be referred to the Honorable William C. Sherrill, Jr., United States Magistrate Judge, to consider and determine whether Defendant is entitled to court-appointed counsel and to enter orders accordingly.

DONE AND ORDERED this 1st day of October, 2008.

          *s/ Stephan P. Mickle*
          Stephan P. Mickle
          United States District Judge