IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                         CASE NO.: 4:07cr72-SPM

BOBBY ALBERT MCGEE,

     Defendant.
_____/

## ORDER SETTING RESPONSE DEADLINE

Currently pending are motions filed by the Government to correct Defendant's name on the indictment (doc. 61) and to use at trial Rule 404(b) evidence that Defendant possessed child pornography (doc. 68). These motions were filed when Defendant's retained counsel was seeking withdrawal and successor counsel was being appointed. To allow Defendant a fair opportunity to be heard, the deadline for Defendant to file any response to these motions is extended to November 7, 2008.

SO ORDERED this 30th day of October, 2008.

                *s/ Stephan P. Mickle*
                Stephan P. Mickle
                United States District Judge