IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.	CASE NO.: 4:07cr72-SPM

BOBBY MCGEE,

        Defendant.
_____/

**ORDER GRANTING MOTION TO CORRECT DEFENDANT'S NAME**

This cause comes before the Court on the Government's Motion to Correct Defendant's Name (doc. 61). In the motion, the Government explains that Defendant was named in the indictment as "Bobby Albert McGee" but Defendant informed the Court at a hearing that his middle name is not "Albert." Defendant has filed no response in opposition to this motion. Accordingly, it is

ORDERED AND ADJUDGED:

1.	The Government's motion (doc. 61) is granted.

2.	The clerk of court shall correct Defendant's name on the caption of the docket to "Bobby McGee."

3.	The Government shall file for the record and for submission to the jury a corrected indictment with the middle name "Albert" redacted.

DONE AND ORDERED this 13th day of November, 2008.

        *s/ Stephan P. Mickle*
        Stephan P. Mickle
        United States District Judge