IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                              CASE NO.: 4:07cr72-SPM

BOBBY MCGEE,

     Defendant.
_____/

**ORDER DENYING MOTION IN LIMINE
REGARDING ADDITIONAL STATEMENT**

This cause comes before the Court on Defendant's Motion in Limine Regarding Additional Statement of Defendant (doc. 79) and the Government's response (doc. 83). The Court has previously ruled on motions in limine concerning evidence the Government intends to present to show Defendant's sexual interest in children. See doc. 81.

Defendant's additional statement is temporally proximate to the crimes charged and probative of his sexual interest in children in a family situation, which is similar to the situation in the crimes charged. Defendant's intent remains an issue in this case. The probative value of the evidence is not outweighed by unfair prejudice. For these reasons, and the reasons stated in

the Court's previous order (doc. 81), it is

    ORDERED AND ADJUDGED that Defendant's Motion in Limine Regarding Additional Statement of Defendant (doc. 79) is denied.

    DONE AND ORDERED this 17th day of November, 2008.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    United States District Judge

CASE NO.: 4:07cr72-SPM

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                                    CASE NO.: 4:07cr72-SPM

BOBBY MCGEE,

     Defendant.
_____/

### ORDER DENYING MOTION IN LIMINE
### REGARDING ADDITIONAL STATEMENT

This cause comes before the Court on Defendant's Motion in Limine Regarding Additional Statement of Defendant (doc. 79) and the Government's response (doc. 83). The Court has previously ruled on motions in limine concerning evidence the Government intends to present to show Defendant's sexual interest in children. See doc. 81.

Defendant's additional statement is temporally proximate to the crimes charged and probative of his sexual interest in children in a family situation, which is similar to the situation in the crimes charged. Defendant's intent remains an issue in this case. The probative value of the evidence is not outweighed by unfair prejudice. For these reasons, and the reasons stated in

the Court's previous order (doc. 81), it is

ORDERED AND ADJUDGED that Defendant's Motion in Limine Regarding Additional Statement of Defendant (doc. 79) is denied.

DONE AND ORDERED this 17th day of November, 2008.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge

CASE NO.: 4:07cr72-SPM